**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**CHIEF JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

October 17, 2016

MEMORANDUM TO COUNSEL

    Re:    <u>United States v. Sean Stanley Jackson, Criminal No. CCB-16-0128</u>

Dear Counsel:

This will confirm the results of our telephone conference call today.

A status report from the government is due **November 18, 2016**.

The trial of this case (5-7 days, jury) will begin on **February 21, 2017** at **10:00 a.m.** in Courtroom 7D.  A date for pretrial conference will be set at a later time.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                        Sincerely yours,

                                        /S/

                                      Catherine C. Blake
                                      United States District Judge